IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01586-LTB-BNB

CATHERINE PATTI,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, LAKE COUNTY, STATE OF COLORADO,
E.F. ("BILL") HOLLENBACK, an individual, and
KENNETH OLSEN, an individual,

Defendants.

---

## ORDER

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 1, 2005**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

1