IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01586-LTB-BNB

CATHERINE PATTI,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, LAKE COUNTY, STATE OF COLORADO,
E.F. ("BILL") HOLLENBACK, an individual, and
KENNETH OLSEN, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the settlement reached on July 14, 2005:

IT IS ORDERED that **Plaintiff's Second Motion to Compel Further Responses to Interrogatory No. 5 By Defendant Lake County, and Request for Sanctions**, filed July 6, 2005, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the hearing on that motion, set for **August 1, 2005, at 3:30 p.m.**, is VACATED.

DATED: July 15, 2005.