IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01586-LTB-BNB

CATHERINE PATTI,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, LAKE COUNTY, STATE OF COLORADO,
E.F. ("BILL") HOLLENBACK, an individual, and
KENNETH OLSEN, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the settlement reached on July 14, 2005:

IT IS ORDERED that **Joint Motion for Extension of Time for Discovery Cut-off and Dispositive Motion Deadline**, filed July 8, 2005, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Pretrial Conference set for September 26, 2005, is VACATED.

DATED: July 15, 2005.