**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01586-LTB-BNB

CATHERINE PATTI, an individual,
　　　　　Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF LAKE, STATE OF COLORADO,
E.F. ("Bill") HOLLENBACK, an individual,
KENNETH OLSEN, an individual,
　　　　　Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Voluntary Stipulated Dismissal

of Defendants Kenneth Olsen and E.F. "Bill" Hollenback (filed August 2, 2005) and the

Joint Stipulated Motion for Dismissal With Prejudice between Plaintiff and Defendant Board

of County Commissioners of the County of Lake (filed August 3, 2005) and the Court being

fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/Lewis T. Babcock
　　　　　　　　　　　　　　　　　　　　Lewis T. Babcock, Chief Judge

DATED: August 3, 2005